UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff(s),

v.

ROBERT SCOTT GADDY,

          Defendant(s).

ORDER

18-MJ-4165

---

At the initial appearance held on November 1, 2018, defendant requested court-appointed counsel. The defendant was directed to submit additional financial information for the Court's consideration.

Upon review of defendant's supplemental financial affidavit, I determine Mr. Gaddy qualifies financially for appointed counsel.

Accordingly, Jeffrey L. Ciccone, Assistant Federal Public Defender, is appointed to represent Mr. Gaddy.

**IT IS SO ORDERED.**

                                                _/s/ Marian W. Payson_
                                                MARIAN W. PAYSON
                                                United States Magistrate Judge

Dated: Rochester, New York
       November 8, 2018